UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-1303

GERALD HAWKINS,

Plaintiff - Appellant,

versus

JOHNS HOPKINS CLUB; ARAMARK REFRESHMENT
SERVICES,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-01-
737-L)

Submitted: June 20, 2002          Decided: June 25, 2002

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gerald Hawkins, Appellant Pro Se. Steven David Frenkil, Justin
Clark Eller, MILES & STOCKBRIDGE, P.C., Baltimore, Maryland; Robert
Ross Niccolini, MCGUIREWOODS, L.L.P., Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gerald Hawkins appeals the district court's order dismissing his employment discrimination action on summary judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hawkins v. Johns Hopkins Club, No. CA-01-737-L (D. Md. Feb. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2